

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Aaron Lamon Muse, Appellant

No. 06-14-00077-CR        v.

The State of Texas, Appellee

Appeal from the 402nd Judicial District Court of Wood County, Texas (Tr. Ct. No. 20,589-2009).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant, Aaron Lamon Muse, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 3, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk